**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2733**

---

RAYMOND HASSAN MUHAMMAD,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE TREASURY; INTERNAL REVENUE;
CHARLES BROWN, Agent for IRS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-98-656-2)

---

Submitted: January 21, 1999          Decided: February 5, 1999

---

Before LUTTIG, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Raymond Hassan Muhammad, Appellant Pro Se. Anita K. Henry, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond Hassan Muhammad appeals from the district court's order dismissing his action alleging unlawful levy of income taxes. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Muhammad v. Department of the Treas., No. CA-98-656-2 (E.D. Va. Nov. 9, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on November 6, 1998, the district court's records show that it was entered on the docket sheet on November 9, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).